W. D. Fagan and E. K. Fagan, Partners Trading Under the Firm Name of W. D. Fagan & Company, and H. M. Tillis and A. O. Steenburg and A. C. Steenburg, Plaintiffs in Error, vs. Alice A. Richbourg and J. D. Richbourg, her Husband, Defendants in Error.

## DIVISION B.

Writ of Error to Circuit Court, Alachua county; William A. Hocker, Judge.

*B. A. Thrasher,* for Plaintiff in Error.

*W. W. Hampton,* for Defendant in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.